**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: JASON REYNOLDS | CASE NO. 20-10222 |
| JAMIE REYNOLDS | CHAPTER 13 |

**NOTICE TO WITHDRAW SUPPLEMENTAL PROOF OF**
**CLAIM FOR CARES FORBEARANCE CLAIM NO. 3-1**

NOW INTO COURT, through undersigned counsel comes U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as serviced by Rushmore Loan Management Services, LLC ("Creditor") a secured Creditor, who respectfully represents:

1.

Creditor filed a Supplemental Proof of Claim for CARE Forbearance Claim on June 16, 2021 in this case with an arrearage amount of $6,092.02 under Claim No. 3.

2.

Accordingly, Creditor desires to withdraw the Supplemental Proof of Claim No. 3 without prejudice and Creditor will return any funds to the Trustee as may be necessary.

WHEREFORE, CREDITOR, requests that the court Withdraw the Supplemental Proof of Claim filed by Creditor.

DEAN MORRIS, L.L.C.
1505 North 19th Street
Monroe, LA 71201
(318) 388-1440

/S/ Elizabeth Crowell Price
ATTORNEY FOR CREDITOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  JASON REYNOLDS  CASE NO. 20-10222
JAMIE REYNOLDS  CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Elizabeth Crowell Price, hereby certify that I have notified the following interested parties of the Notice to Withdraw the Supplemental Proof of Claim filed on behalf of U.S. BANK N.A. AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Jason Reynolds<br>Jamie Reynolds<br>22071 South Ridge Dr.<br>Ponchatoula, LA 70454 | S. J. Beaulieu, Jr.<br>Trustee<br>433 Metairie Road<br>Suite 307<br>Metairie, LA 70005 |
| Rachel Thyre Vogeltanz<br>Attorney at Law<br>428 W 21st Ave<br>Covington, LA 70433 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 |

by mailing this notice and a copy of the Notice to Withdraw the Supplemental Proof of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 8th day of December, 2022.

DEAN MORRIS, L.L.C.
1505 North 19th Street
Monroe, LA  71201
(318) 388-1440

/S/ Elizabeth Crowell Price
ATTORNEY FOR CREDITOR